1  MCGREGOR W. SCOTT
   United States Attorney
2  KEVIN C. KHASIGIAN
   Assistant U. S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone: (916) 554-2700

5  Attorneys for the United States

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,          | 2:20-MC-00146-TLN-KJN

12 |         Plaintiff,                 |

13 |   v.                               | STIPULATION AND ORDER EXTENDING TIME
                                         FOR FILING A COMPLAINT FOR FORFEITURE
14 | APPROXIMATELY $59,620.00 IN U.S.   | AND/OR TO OBTAIN AN INDICTMENT
   | CURRENCY,                          | ALLEGING FORFEITURE
15 |
   |         Defendant.                 |
16

17     It is hereby stipulated by and between the United States of America and potential claimant Trey

18 Suy Lay ("Lay"), by and through their respective counsel, as follows:

19     1.     On or about March 23, 2020, claimant Lay filed a claim in the administrative forfeiture

20 proceedings with the Drug Enforcement Administration with respect to the Approximately $59,620.00

21 in U.S. Currency (hereafter "defendant currency"), which was seized on January 17, 2020.

22     2.     The Drug Enforcement Administration has sent the written notice of intent to forfeit

23 required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24 person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25 other than the claimant has filed a claim to the defendant currency as required by law in the

26 administrative forfeiture proceeding.

27     3.     Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28 forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of the parties. That deadline is June 19, 2020.

4. As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to August 18, 2020 , the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5. Accordingly, the parties agree that the deadline by which the United States shall be required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture shall be extended to August 18, 2020.

Dated:   6/12/2020                      MCGREGOR W. SCOTT
                                        United States Attorney


                                         /s/ Kevin C. Khasigian
                                        KEVIN C. KHASIGIAN
                                        Assistant U.S. Attorney


Dated:   6/11/2020                      /s/ Isaac Safier
                                        ISAAC SAFIER
                                        Attorney for Trey Suy Lay
                                        (As authorized via email)


IT IS SO ORDERED.

Dated: June 12, 2020

                                        Troy L. Nunley
                                        United States District Judge

2

Stipulation to Extend Time to File Complaint