1  MCGREGOR W. SCOTT
United States Attorney
2  KEVIN C. KHASIGIAN
Assistant U. S. Attorney
3  501 I Street, Suite 10-100
Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for the United States

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                        EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                    2:20-MC-00146-TLN-KJN

12           Plaintiff,

13       v.                                      STIPULATION AND ORDER EXTENDING TIME
                                                 FOR FILING A COMPLAINT FOR FORFEITURE
14  APPROXIMATELY $59,620.00 IN U.S.             AND/OR TO OBTAIN AN INDICTMENT
    CURRENCY,                                    ALLEGING FORFEITURE
15
             Defendant.
16

17       It is hereby stipulated by and between the United States of America and potential claimant Trey

18  Suy Lay ("Lay"), by and through their respective counsel, as follows:

19       1.      On or about March 23, 2020, claimant Lay filed a claim in the administrative forfeiture

20  proceedings with the Drug Enforcement Administration with respect to the Approximately $59,620.00

21  in U.S. Currency (hereafter "defendant currency"), which was seized on January 17, 2020.

22       2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit

23  required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any

24  person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person

25  other than the claimant has filed a claim to the defendant currency as required by law in the

26  administrative forfeiture proceeding.

27       3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

28  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

                                                  1

1  currency is subject to forfeiture within ninety days after a claim has been filed in the administrative

2  forfeiture proceedings, unless the court extends the deadline for good cause shown or by agreement of

3  the parties.  That deadline was June 19, 2020.

4       4.     By Stipulation and Order filed June 15, 2020, the parties stipulated to extend to August

5  18, 2020, the time in which the United States is required to file a civil complaint for forfeiture against

6  the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to

7  forfeiture.

8       5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further

9  extend to October 19, 2020 , the time in which the United States is required to file a civil complaint for

10  forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant

11  currency is subject to forfeiture.

12       6.     Accordingly, the parties agree that the deadline by which the United States shall be

13  required to file a complaint for forfeiture against the defendant currency and/or to obtain an indictment

14  alleging that the defendant currency is subject to forfeiture shall be extended to October 19, 2020.

15  Dated:    8/17/2020                    MCGREGOR W. SCOTT
                                       United States Attorney

16

17                                      /s/ Kevin C. Khasigian
                                    KEVIN C. KHASIGIAN

18                                      Assistant U.S. Attorney

19

20  Dated:    8/14/2020                    /s/ Isaac Safier
                                    ISAAC SAFIER

21                                      Attorney for Trey Suy Lay
                                    (As authorized via email)

22

23

24       IT IS SO ORDERED.

25  Dated:  August 17, 2020

26                                      Troy L. Nunley

27                                      United States District Judge

28

Stipulation to Extend Time to File Complaint